Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN -8 2019
ARTHUR JOHNSTON
BY _____ DEPUTY    5:19cv1-DCB-MTP

Case No. _____

*(to be filled in by the Clerk's Office)*

Anthony Antonio McDaniel )
)
_____ )
Plaintiff(s) )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
state of Mississippi )
)
See attachments )
)
)
)
_____ )
Defendant(s) )
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

# COMPLAINT FOR A CIVIL CASE

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Anthony Antonio McDaniel
Street Address  1214 Gleedon Loop Lot #6
City and County Brookhaven,    Lincoln
State and Zip Code  MS   39601
Telephone Number  (601) 967-2173  (601) 212-5779
E-mail Address  N/A

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Life, Liberty and the pursuit of Happiness, illegal search and seizures, unlawful detainment, exhortation, embezzlement circumvention of Justice, entrapment, colusion, Racial Profiling, Racketeering, corrupt organized.*

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
      The plaintiff, *(name)* _____ , is a citizen of the
      State of *(name)* _____ .

   b.   If the plaintiff is a corporation
      The plaintiff, *(name)* _____ , is incorporated
      under the laws of the State of *(name)* _____ ,
      and has its principal place of business in the State of *(name)*
      _____ .

      *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual
      The defendant, *(name)* _____ , is a citizen of
      the State of *(name)* _____ . Or is a citizen of
      *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

there are years of Harrassments, Fines, Fee, Court cost / Anything seized of, Towed to exsist, unlawful forteitures, and to include all judgements without proof.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Every arresting officer has terrorist to back him up. Judges / Governor / House of Represent All state government / Terror against the people / for the people thru people

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff in this action is reghesting a start of 20 million dollars for ever year terrised. The collusion and entrapments, cohersion, exhortation and embazzlement still occurs until this day. 100 million Panitive     200 million exemplary

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*True reason, that the plaintiff is the collect. Brookhaven, M, is an unfreindly township to United States Military Veterans Because they fear us*

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   *January 4 2019*

Signature of Plaintiff   *Antonio McDaniel*
Printed Name of Plaintiff   *Antonio Antonio McDaniel*

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____

claimant - Anthony Antonio McDaniel
Def : Whitney WEBB / Pike County

On or About Jul 8, 2016 was harassed by a pike County sheriff / Whitney WEBB. Mr WEBB pulled his sheriff vechile to the inside lane and started stating upseenative at me that we racial. He used the word " Nigga ". "Look like you be smoking that Shit"

I stated, that why you MF's are getting killed now.

Mr Webb don't like my responsible then attempted to strike my vechile. After I stopped, Mr Web became aggressive and tased me twice with no cause.

Def: Judge Taylor
Magnolia courthouse / P.O. Drawer 31
Magnolia, Pike
Ms, 39652-0227
# / unknown
E-mail address / unknown

Def: Judge strong
Magnolia courthouse / P.O. Drawer 31
Magnolia, Pike
Ms, 39652-0227
# unknown
E-mail address / unknown

Def: District Attorney Dee Bates
Magnolia Courthouse / P.O. Drawer 31
Magnolia, Pike
Ms, 39652-0227
# unknown
E-mail address / unknown

Def: L IVAN Burghard / Attorney

209 S. Railroad ave

Brookhaven , Lincoln

Ms , 39601

(601) 823 - 7100

E-Mail address / unknown


Def: Whitney WEBB / Deputy sheriff
Pike County Deputy sheriff

Magnolia, Pike

Ms , 39652-0227

# unknown
E-mail address / unknown

Def: Marvell Brookes / Police officer
Brookhaven Police Department

Hwy 51
Brookhaven , Lincoln
Ms , 39601

# UNKNOWN
E-mail address / unknown

Def: City of Magnolia / McComb

Grand THeft Auto / 2000 Chevy S-15

Magnolia courthouse / P.O. Drawer 31

Magnolia, Pike

Ms, 39652-0227

# unknown

E-mail address / unknown

Def: City of Brookhaven / Brookhaven Police Dept.

(Terrorist)

south First / Hwy 51

Brookhaven, Lincoln

Ms, 39601

# (601) 833-2323

E-mail / unknown

① Footnote: And all officers involved.

Def: Lincoln county Sheriff Department
    Hence Man
    Justice street
    Brookhaven, Lincoln
    Ms, 39601
    # unknown
    E-mail address / unknown

Def: Governor Mississippi / MDoc / MHP / MPS
    Domestic Terrorist
    Governor Mansion / Jackson, ms
    MS / MS
    MS / MS
    # unknown / Brookhaven (MDoc officer) Bryan
    E-mail address / unknown          Brian
                                      correction officer
                                      Now

Def: City of Magee / Magee Police Department
    Richard Harper / officer
    123 N. Main Ave
    Magee, MS 39111
    # (601) 849-3344
    E-mail / unknown

Due to OUR Government Shutdown, there are other statues, laws and treaties I would like to site, But cannot at this time.

But, I respectfully submit my civil request, along with copies and Fees.

If there is anything else requested of mr. McDonal. He Gracefully request correspondence. Hopefully in a timely matter, He shall respond.

January 04/19

NITED STATES

AS MIFFLIN,
CLYMER,
INGERSOLL,
MORRIS.

ING BEDFORD, jun,
RD BASSETT.

OF ST THOS. JENIFER,

MADISON Jr.

1.

D DOBBS SPAIGHT,

1.

LES COTESWORTH PINCKNEY,
E BUTLER.

BALDWIN.

LIAM JACKSON, *Secretary.*

ONSTITUTION

convention of the States on
ently ratified by the several
e, December 7, 1787; Penn-
ersey, December 18, 1787;
t, January 9, 1788; Massa-
pril 28, 1788; South Carolina,
1788.
, 1788.
atified by Virginia, June 25,
th Carolina, November 21,
ermont, January 10, 1791.

## ARTICLES IN ADDITION TO, AND AMENDMENT OF, THE CONSTITUTION OF THE UNITED STATES OF AMERICA, PROPOSED BY CONGRESS, AND RATIFIED BY THE LEGISLATURES OF THE SEVERAL STATES PURSUANT TO THE FIFTH ARTICLE OF THE ORIGINAL CONSTITUTION

### ARTICLE [I]*

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

### ARTICLE [II]

A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

### ARTICLE [III]

No Soldier shall, in time of peace be quartered in any house, without the consent of the Owner, nor in time of war, but in a manner to be prescribed by law.

### ARTICLE [IV]

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

### ARTICLE [V]

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land and naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation.

### ARTICLE [VI]

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall

*Only the 13th, 14th, 15th, and 16th articles of amendment had numbers assigned to them at the time of ratification.

11

Citing: Also: the Bill of Rights; FEDERAL WATCHdog

14        CONSTITUTION OF THE UNITED STATES                              CONSTITUTION

victed, shall exist within the United States, or any place subject to
their jurisdiction.

SECTION 2. Congress shall have power to enforce this article by
appropriate legislation.

The 13th amendment to the Constitution was proposed by the Congress on
January 31, 1865. It was declared, in a proclamation of the Secretary of State,
dated December 18, 1865, to have been ratified by the legislatures of 27 of the 36
States. The dates of ratification were: Illinois, February 1, 1865; Rhode Island,
February 2, 1865; Michigan, February 2, 1865; Maryland, February 3, 1865;
New York, February 3, 1865; Pennsylvania, February 3, 1865; West Virginia,
February 3, 1865; Missouri, February 6, 1865; Maine, February 7, 1865; Kansas,
February 7, 1865; Massachusetts, February 7, 1865; Virginia, February 9, 1865;
Ohio, February 10, 1865; Indiana, February 13, 1865; Nevada, February 16, 1865;
Louisiana, February 17, 1865; Minnesota, February 23, 1865; Wisconsin, Febru-
ary 24, 1865; Vermont, March 9, 1865; Tennessee, April 7, 1865; Arkansas,
April 14, 1865; Connecticut, May 4, 1865; New Hampshire, July 1, 1865; South
Carolina, November 13, 1865; Alabama, December 2, 1865; North Carolina,
December 4, 1865; Georgia, December 6, 1865.
   Ratification was completed on December 6, 1865.
   The amendment was subsequently ratified by Oregon, December 8, 1865;
California, December 19, 1865; Florida, December 28, 1865 (Florida again
ratified on June 9, 1868, upon its adoption of a new constitution); Iowa, January
15, 1866; New Jersey, January 23, 1866 (after having rejected the amendment on
March 16, 1865); Texas, February 18, 1870; Delaware, February 12, 1901 (after
having rejected the amendment on February 8, 1865).
   The amendment was rejected by Kentucky, February 24, 1865, and by Mis-
sissippi, December 4, 1865.

ARTICLE XIV

SECTION 1. All persons born or naturalized in the United States,
and subject to the jurisdiction thereof, are citizens of the United States
and of the State wherein they reside. No State shall make or enforce
any law which shall abridge the privileges or immunities of citizens
of the United States; nor shall any State deprive any person of life,
liberty, or property, without due process of law; nor deny to any
person within its jurisdiction the equal protection of the laws.

SECTION 2. Representatives shall be apportioned among the several
States according to their respective numbers, counting the whole num-
ber of persons in each State, excluding Indians not taxed. But when
the right to vote at any election for the choice of electors for President
and Vice President of the United States, Representatives in Congress,
the Executive and Judicial officers of a State, or the members of the
Legislature thereof, is denied to any of the male inhabitants of such
State, being twenty-one years of age,* and citizens of the United
States, or in any way abridged, except for participation in rebellion, or
other crime, the basis of representation therein shall be reduced in the
proportion which the number of such male citizens shall bear to the
whole number of male citizens twenty-one years of age in such State.

SECTION 3. No person shall be a Senator or Representative in Con-
gress, or elector of President and Vice President, or hold any office,
civil or military, under the United States, or under any State, who,
having previously taken an oath, as a member of Congress, or as an
officer of the United States, or as a member of any State legislature,
or as an executive or judicial officer of any State, to support the Con-
stitution of the United States, shall have engaged in insurrection or
rebellion against the same, or given aid or comfort to the enemies
thereof. But Congress may by a vote of two-thirds of each House,
remove such disability.

*See, the twenty-sixth amendment.

SECTION 4. The validity
authorized by law, including
and bounties for services in s
not be questioned. But neit
assume or pay any debt or
or rebellion against the Uni
emancipation of any slave; b
shall be held illegal and void

SECTION 5. The Congress
priate legislation, the provis

The 14th amendment to the C
June 13, 1866. It was declared,
July 28, 1868, to have been rati
The dates of ratification were:
July 6, 1866; Tennessee, July 19
sequently the legislature rescind
adopted its resolution of rescissio
19, 1866 (and rescinded its ratifi
30, 1866; Ohio, January 4, 1867
1868); New York, January 10, 18
15, 1867; West Virginia, January 1
January 16, 1867; Maine, Januar
January 23, 1867; Missouri, Janu
Wisconsin, February 7, 1867; Pe
March 20, 1867; Nebraska, Jun
April 6, 1868; Florida, June 9, 18
rejected it on December 14, 1866)
it on February 6, 1867); South Ca
December 20, 1866).
   Ratification was completed on .
   The amendment was subsequen
July 21, 1868 (after having rejecte
1869 (after having rejected it on J
Texas, February 18, 1870 (after ha
February 12, 1901 (after having
April 4, 1959 (after having rejecte

SECTION 1. The right of c:
not be denied or abridged b
account of race, color, or pre

SECTION 2. The Congress
by appropriate legislation.

The 15th amendment to the C
February 26, 1869. It was declar
dated March 30, 1870, to have b
States. The dates of ratification
March 3, 1869: Illinois, March 5, ]
March 5, 1869; Michigan, Marc
March 11, 1869; Massachusetts,
South Carolina, March 15, 1869
April 14, 1869 (and the legislature
5, 1870, to withdraw its consent to
Indiana, May 14, 1869; Connec
New Hampshire, July 1, 1869; V
1869; Missouri, January 7, 187
January 17, 1870; Rhode Island,
Ohio, January 27, 1870 (after h
February 2, 1870; Iowa, February

¹ The certificate of the Secretary of State, c
of the rescission of ratification by Ohio and
resolution declaring the amendment a part c
tion of ratification without reservation.