```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

ANTHONY ANTONIO McDANIEL                                PLAINTIFF

V.                          CAUSE ACTION NO. 5:19-CV-1-DCB-MTP

STATE OF MISSISSIPPI, et al.                           DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court, on the Plaintiff Anthony Antonio McDaniel ("McDaniel")'s Complaint [Doc. 1] and United States Magistrate Judge Michael T. Parker's Order and Notice to Plaintiff [Doc. 2].

And the Court; having ordered that the Complaint be dismissed without prejudice;

Accordingly,

IT IS ORDERED that Plaintiff Anthony Antonio McDaniel's Complaint [Doc. 1] is DISMISSED WITHOUT PREJUDICE.

SO ORDERED this the 5th day of June, 2019.

```
                           /s/ David Bramlette
                           UNITED STATES DISTRICT JUDGE
```